**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  November 26, 2012
Court Reporter:        Terri Lindblom
Probation Officer:    Gary Kruck

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,              Pegeen Rhyne

               Plaintiff,

v.

JASON ALAN CAIN,                            Scott Varholak

               Defendant.

_____

**SENTENCING MINUTES**
_____

**1:38 p.m.        Court in session**.

This hearing is continued from October 1, 2012

Defendant present on bond.

The previous hearing proceeding through the argument for a variance sentence at which time it was continued.
Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #1456).**  Argument.

The Government **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #1457)** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**      The Government's Motion for Downward Departure **(Doc. #1456)** is
**GRANTED.**

**ORDER:**      The Government's Motion for Non-Guideline Sentence **(Doc. #1457)** is
**GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Bond is exonerated.

**2:33 p.m.      Court in recess.**

Total Time:    55 minutes.
Hearing concluded.